**Mirta BENCOMO, Plaintiff–Appellant,**

v.

**COSTA CROCIERE, S.P.A. COMPANY, a foreign corp., d.b.a. Costa Cruise Lines, Defendant–Appellee.**

**No. 11–15908
Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Aug. 2, 2012.

Arthur Joel Berger, Attorney at Law, Marc Jeffrey Reynolds, Robbins & Reynolds, Miami, FL, for Plaintiff-Appellant.

Richard J. McAlpin, Craig P. Liszt, McAlpin Conroy, PA, Miami, FL, for Defendant–Appellee.

Before MARCUS, WILSON and FAY, Circuit Judges.

PER CURIAM:

Plaintiff, Mirta Bencomo, slipped on a puddle near the pool onboard the Defendant's cruise ship, the Costa Atlantica. Alleging various theories of negligence, Bencomo sued Costa Crociere, S.P.A. Company ("Costa"). The district court granted Costa's motion for summary judgment. This is Bencomo's appeal.

After a review of the record and the parties' arguments, we affirm. Bencomo cannot establish that Costa had a duty to correct or warn passengers about the allegedly dangerous condition because Costa did not have actual or constructive knowledge of the puddle. *See Keefe v. Bahama*

*Cruise Line, Inc.*, 867 F.2d 1318, 1322 (11th Cir.1989) (per curiam). Nothing in the record creates a genuine dispute regarding this issue.

**Affirmed.**